IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THE ESTATE OF STEVEN GREY BRAINARD,**
by and through its administrator Ad prosequendum,
Alissa Brainard; and ALISSA BRAINARD           PLAINTIFFS

v.                    CASE NO. 4:19-CV-00522-BSM

**THE CITY OF CLINTON,**
**ARKANSAS,** *et al.*                         DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE